■ WARREN BAILEY, Respondent, v 1775 HOUSING ASSOCIATES, by FIFTEENTH IR REALTY CORP., Its General Partner, et al., Defendants, and PLANNED BUILDING SERVICES, INC., Appellant.

[679 NYS2d 785] —Order, Supreme Court, New York County (David Saxe, J.), entered on or about May 14, 1997, unanimously affirmed for the reasons stated by Saxe, J., without costs or disbursements. No opinion. Concur—Milonas, J. P., Nardelli, Rubin and Mazzarelli, JJ.